## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE A. DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:21-cv-132 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Keith A. Pesto |
| ERIC ARMEL, | ) | |
| *Superintendent, SCI Fayette*, | ) | |
| | ) | |
| Respondent. | ) | |

### <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 19, 2023, the Magistrate Judge issued a Report (Doc. 35) recommending that Maurice A. Davis's 2254-habeas Petition be dismissed and that a certificate of appealability be denied. Service of the Report and Recommendation was made, and Petitioner has filed Objections. *See* Doc. 39.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, it hereby is ORDERED that Petitioner's 2254-habeas petition is **DENIED**; no certificate of appealability should be issued; and the Report and Recommendation (Doc. 35) is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

June 16, 2025                                    s/Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via First-Class U.S. Mail):

Maurice A. Davis MJ-7554
S.C.I. Fayette
50 Overlook Drive
Labelle, PA 15450